Flo & Eddie, Inc., a California Corporation, Individually and on Behalf of All Others Similarly Situated, Respondent, v Sirius XM Radio, Inc., a Delaware Corporation, Appellant, et al., Defendants.

Submitted September 12, 2016; decided September 15, 2016

*See* 821 F3d 265.

Motion by iHeartMedia, Inc. et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

Chief Judge DiFiore taking no part.

Flo & Eddie, Inc., a California Corporation, Individually and on Behalf of All Others Similarly Situated, Respondent, v Sirius XM Radio, Inc., a Delaware Corporation, Appellant, et al., Defendants.

Submitted September 12, 2016; decided September 15, 2016

*See* 821 F3d 265.

Motion by Public Knowledge for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DiFiore taking no part.

Alexander Gliklad, Respondent, v Michael Cherney, Appellant.

Submitted June 27, 2016; decided September 15, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).